1  Steven J. Parsons
   Nevada Bar No. 363
2  Joseph N. Mott
   Nevada Bar No. 12455
3  LAW OFFICES OF STEVEN J. PARSONS
   7201 W Lake Mead Blvd Ste 108
4  Las Vegas NV 89128-8354
   (702) 384-9900
5  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
6  Jmott@SJPlawyer.com

7  Attorneys for Plaintiff
   FRANCISCO VILLAS COMMUNITY ASSOCIATION
8

9  UNITED STATES DISTRICT COURT

10  DISTRICT OF NEVADA

11  FRANCISCO VILLAS COMMUNITY ASSOCIATION, a Nevada Nonprofit
12  Cooperative Corporation Without Stock,

13  Plaintiff,

14  vs.

15  XL SPECIALTY INSURANCE COMPANY, a Delaware corporation,
16
   Defendant.
17  _____/

Case No. 2:14-cv-372-JAD-(VCF)

THE PARTIES' JOINT MOTION AND ~~PROPOSED~~ ORDER
TO STAY FURTHER PROCEEDINGS PENDING A PRIVATE MEDIATION
(Third Request)

18  Plaintiff FRANCISCO VILLAS COMMUNITY ASSOCIATION (hereinafter "Francisco Villas")

19  and Defendant XL SPECIALTY INSURANCE COMPANY (hereinafter "XL"), by their counsel of

20  record, hereby move the Court to enter a further order staying the proceedings in this matter

21  until Thursday, September 25, 2014, pending a private party mediation.

22  POINTS AND AUTHORITIES

23  Plaintiff, FRANCISCO VILLAS COMMUNITY ASSOCIATION, is a homeowners association

24  which purchased Commercial General Commercial Insurance with Defendant XL.  The Policy

25  insures the structures and improvements of the members' residential condominiums.

26  On January 17, 2014, Plaintiff filed the declaratory relief action against XL seeking

27  declarations that the Policy covers damage which occurred to the homeowners condominium

foundations and structures during the applicable policy period, between September 9, 2011 through September 27, 2012. It appears that a water main below the surface of the ground broke releasing mass amounts of water under the foundations of the condominium project which caused subsidence and resultant damage to the condominium buildings, the structures and improvements. The residents/member-tenants of four (4) units have been completely displaced, and the physical damages impact an additional four (4) residents/member-tenants of the other side of the same physical, eight (8) residential unit-structure.

XL believes that there were provisions of the policy which excluded coverage for some or all of the damages. Plaintiff insists that the interpretation of the policy would justify coverage. Nonetheless, prior to suit, Defendant XL thrice denied Plaintiff's claims.

Upon serving the Complaint, the parties had some preliminary discussions which indicate that common ground might be reached in resolving the matter at an early stage.[1] After cogent, candid and thorough discussions, the parties agreed to mediate this matter with private mediator Joseph Bongiovi. A mediation was originally set for May 15, 2014.

However, upon further communication and coordination of site visits by the parties and their experts, the parties agreed to postpone the mediation to July 2, 2014 to ensure that the parties had sufficient time to prepare for the mediation. The delay of the originally scheduled mediation was for good cause to ensure that the mediation had the maximum potential for success.

Upon the Parties' earlier Joint Motion to Stay (Docket No. 7), this Court entered its Order (Docket No. 8) staying this matter until June 10, 2014 to allow for the May 15, 2014 mediation to go forward without requiring the parties to expend any additional resources on pre-mediation litigation. Thereafter, upon the parties Second Joint Motion to Stay Proceedings (Docket No. 9) the Court entered an Order (Docket No. 10) staying this matter until July 25,

---

[1] The Complaint, Answer and Counterclaim have been filed by the parties. Statements of interested parties have also been filed along with the statement concerning the removal of this action from state to federal court. Francisco Villas has yet to file a reply to the counterclaim; nor have the parties met to draft a Discovery Plan/Scheduling Order to the court. Discovery has not been undertaken, other than the initial evaluations done by contractors, engineers and adjusters of the parties.

2014 to allow the parties to mediate the case on July 2, 2014 before having to expend additional effort and resources potentially unnecessarily in light of the July 2, 2014 mediation.

After significant additional consultation between the parties and the mediator, and after a site visit by Joseph Bongiovi in late June of 2014, everyone involved agreed that the planned July 2, 2014 mediation should be postponed to allow the parties and the mediator additional time to prepare and to allow the best chance for a complete resolution of the case. The delay since the parties agreed to the further stipulation – and the expiration of the Court's deadline to report – was solely in an effort to identify an available date for Mr. Bongiovi to conduct the mediation, on which date the parties and their counsel, experts and other possible damage witnesses can appear. The parties have agreed – and all necessary persons have confirmed as available – to move forward with the mediation on Thursday, September 18, 2014.

The parties still believe that the matter can be resolved by good faith mediation and resolution of the underlying claims and therefore hereby move this Court for an Order extending the stay of the proceedings to September 25, 2014, at which time the parties will file a joint status report detailing the outcome of the mediation – and if necessary, within fourteen (14) days thereafter, a proposed Discovery Plan and Scheduling Order.

Dated: August 14, 2014.

| LAW OFFICES OF STEVEN J. PARSONS | CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC |
|---|---|
| /s/ Steven J. Parsons | /s/ Martin J. Kravitz |
| STEVEN J. PARSONS | MARTIN J. KRAVITZ |
| Nevada Bar No. 363 | Nevada Bar No. 83 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| FRANCISCO VILLAS COMMUNITY ASSOCIATION | XL SPECIALTY INSURANCE CO. |

ORDER

Upon the foregoing Motion, and good cause appearing, therefore,

IT IS SO ORDERED that the parties' Motion to Stay is hereby GRANTED.

Dated: August 15, 2014.

U.S. ~~DISTRICT~~/MAGISTRATE JUDGE